# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13615
_____

ERIC WARD, et al.,

                         *Plaintiffs,*

FRED WENNBERG,

                      *Plaintiff-Appellant,*

RYAN FITZGERALD,

              *Intervenor Plaintiff-Counter Defendant,*

*versus*

M/Y UTOPIA IV,
Official No. 1305829, MMSI No. 339328000,
her engines, tackle, gear, appurtenances, etc.,
in rem,
UTOPIA YACHTING LLC,
in personam,

             *Defendants-Counter Claimants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-23847-BB
_____

ORDER:

      The motion to stay the appeal is GRANTED. The movant is DIRECTED to promptly file a notice with the Court when the purpose for the stay is obviated.

                                        /s/ Nancy G. Abudu
                                        UNITED STATES CIRCUIT JUDGE